# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA : No. 5 MM 2024
:
:
:
v. :
:
:
TASAI MARQUISE BETTS :
:
:
PETITION OF: KRISTEN WEISENBERGER, :
ESQUIRE :

## ORDER

**PER CURIAM**

 **AND NOW**, this 24th day of May, 2024, in consideration of the Application to Withdraw as Counsel, this matter is REMANDED to the Court of Common Pleas of Dauphin County for that court to determine whether to grant Attorney Kristen Weisenberger leave to withdraw. In the event counsel is permitted to withdraw, the Court of Common Pleas of Dauphin County is DIRECTED to resolve any related issues, including whether, for purposes of allocatur review, to permit Tasai Marquise Betts to proceed *pro se* or appoint him new counsel.

 The Court of Common Pleas of Dauphin County is DIRECTED to enter its order on remand within 90 days and to promptly inform this Court of its determination.